# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAKIEM ANDREWS,** | : | |
| *Plaintiff, Pro Se* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **GERALD MAY,** | : | **No. 16-1872** |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 18th day of December, 2019, upon consideration of Defendant Gerald May's Motion for Summary Judgment (Doc. No. 59) and Plaintiff Hakiem Andrews' response thereto (Doc. No. 60), it is **ORDERED** that the Motion (Doc. No. 59) is **GRANTED IN PART and DENIED IN PART** as outlined in the Court's accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE