IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAKIEM ANDREWS, | : | |
| *Plaintiff, Pro Se* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GERALD MAY, | : | No. 16-1872 |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 11th day of March, 2020, upon consideration of Defendant Gerald May's Motion for Reconsideration (Doc. No. 73), it is **ORDERED** that the Motion (Doc. No. 73) is **DENIED** as outlined in the Court's accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE